

ORIGIN ID:ELPA (915) 834-0535
CLERK
US DISTRICT CLERKS OFFICE
525 MAGOFFIN AVE
SUITE 105
EL PASO, TX 79901
UNITED STATES US

SHIP DATE: 16APR18
ACTWGT: 0.50 LB
CAD: 103135438/INET3980

BILL SENDER

TO LAURA ELENA SALAZAR

REF: 3:17CR1286-KC-5 DOC# 234-1

FedEx Express

WED - 18 APR 4:30P
** 2DAY **
DSR
79907

TRK# 7720 0917 1880
0201

4A ELPA

THU - 19 APR AA
** 2DAY **
DSR
79907
TX-US
ELP

Extremely Urgent



FID 394419 17APR18 ELPA 546C1/9132/0C8A